IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYRONE MOSLEY,

       Petitioner,

v.                                                              4:06cv121-WS

JAMES R. McDONOUGH,

       Respondent.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed September 7, 2007.  See Doc. 25.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  No objections to the report and recommendation have been filed.

      Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 25) is hereby ADOPTED and incorporated by reference into this order.

      2.  The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

      3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this   18th   day of   October  , 2007.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE